NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASON CHRISTOPHER DOUMITT, Plaintiff - Appellant, v. FRANK BISIGNANO, Commissioner of Social Security, Defendant - Appellee. | No. 25-3243 D.C. No. 3:24-cv-00048-JR MEMORANDUM* |

Appeal from the United States District Court
for the District of Oregon
Jolie A. Russo, Magistrate Judge, Presiding

Argued and Submitted July 10, 2026
Portland, Oregon

Before: GRABER, BERZON, and SUNG, Circuit Judges.

Jason Doumitt appeals from the district court's judgment affirming the final

decision of the Commissioner of Social Security denying his applications for

disability insurance benefits and supplemental security income. "We review *de*

*novo* the district court's order affirming an [administrative law judge's ("ALJ")]

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

denial of benefits. A decision to deny benefits will only be disturbed if it is not supported by substantial evidence or it is based on legal error." *Burch v. Barnhart*, 400 F.3d 676, 679 (9th Cir. 2005) (citation modified). We affirm.

The ALJ properly considered the opinion of psychological consultant Dr. Susan M. South. Dr. South concluded that Doumitt was capable of "maintaining attention/concentration for short and simple instructions but not detailed or complex ones." The ALJ found Dr. South's opinion to "be well supported by" Doumitt's medical record and thus "adopt[ed] specific limitations consistent with [her] assessment[]." The ALJ then translated the medical opinion, alongside other evidence in the record, into a residual functional capacity ("RFC") that Doumitt "can understand, remember, and carry out simple and detailed tasks that can be learned in 30 days or less. He can never perform detailed tasks that require more than 30 days to learn." *See Rounds v. Comm'r of Soc. Sec. Admin.*, 807 F.3d 996, 1006 (9th Cir. 2015) ("[T]he ALJ is responsible for translating and incorporating clinical findings into a succinct RFC."). This formulation reflects regulations that classify occupations as "unskilled, semi-skilled, and skilled." 20 C.F.R. § 416.968. Unskilled work can be learned within 30 days. *Id.* § 416.968(a).

Dr. South's assessment that Doumitt is limited in his ability to carry out detailed or complex instructions is not inconsistent with the ALJ's conclusion that he can carry out detailed tasks that can be learned within 30 days. We have

previously held that a limitation to one- and two-step tasks is inconsistent with an ability to carry out detailed instructions. *Rounds*, 807 F.3d at 1003–04, 1004 n.6. But Dr. South assessed no such limitation for Doumitt.

**AFFIRMED**.